**HELTON LAW GROUP, APC**
CARRIE MCLAIN (State Bar No. 181674)
cmclain@heltonlawgroup.com
KIM WOROBEC (State Bar No. 220035)
kworobec@heltonlawgroup.com
ROXANNE IRANI (State Bar No. 239457)
rirani@heltonlawgroup.com
ATTORNEYS AT LAW
7711 Center Avenue, Suite 350
Huntington Beach, California 92647
TELEPHONE: (562) 901-4499
FACSIMILE: (562) 901-4488

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL EXCEL MANAGEMENT, INC.; ALLGEMEINER DEUTSCHER AUTOMOBIL CLUB e.V.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No: 1:17-cv-00221-DAD-BAM<br><br>ORDER DISMISSING DEFENDANT ALLGEMEINER DEUTSCHER AUTOMOBIL CLUB e.V. BY OPERATION OF LAW AND APPROVING STIPULATION FOR DISMISSAL AND DISCOVERY |

Before the Court is Plaintiff and Defendant Global Excel Management, Inc.'s Stipulation Re: Dismissal of Allgemeiner Deutscher Automobil Club e.V. (Doc. 11). For good cause shown, the Stipulation is APPROVED. Accordingly, pursuant to the stipulated voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Allgemeiner Deutscher Automobil Club e.V. is dismissed without prejudice from this action by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk is directed to terminate this defendant on the docket.

IT IS SO ORDERED.

Dated: **June 5, 2017**             /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE